COM.

v.

RITTER, W.

3333 EDA 2016

Superior Court of Pennsylvania.

09/12/2017

Reargument Denied 11/13/2017

CP–45–CR–0002238–2009 (Monroe)

Affirmed

■

COM.

v.

DUODU, W.

1047 MDA 2016

Superior Court of Pennsylvania.

09/12/2017

CP–14–CR–0001298–2015 (Centre)

Affirmed

■

IN RE: BROWN, A.

1394 MDA 2016

Superior Court of Pennsylvania.

9/12/2017

CP–22–MD–0000199–2016 (Dauphin)

Affirmed

■

COM.

v.

JACKSON, E.

172 MDA 2017

Superior Court of Pennsylvania.

09/12/2017

CP–35–CR–0002549–2016 (Lackawanna)

Affirmed—Application to Withdraw as Counsel Granted